## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELERIDGE E. MCCRACKING** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:04CV809** |
| | § | |
| **MICHAEL WYNNE, SECRETARY,** | § | |
| **DEPARTMENT OF THE AIR FORCE** | § | **DEFENDANT** |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE CAME BEFORE THE COURT for hearing of the Motion for Summary Judgment filed by Michael Wynne, Secretary of the Air Force [13]. A hearing was conducted on September 1, 2006, at which counsel for both parties appeared. For the reasons stated into the record at hearing, the Court finds that there is no question of material fact for the jury in regard to Plaintiff's claims against the Defendant. The Defendant is therefore entitled to judgment as a matter of law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Summary Judgment filed by Michael Wynne, Secretary of the Air Force [13] is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 1[th] day of September, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE