IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELERIDGE E. MCCRACKING | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:04CV809 |
| | § | |
| MICHAEL WYNNE, SECRETARY, | § | |
| DEPARTMENT OF THE AIR FORCE | § | DEFENDANT |

## JUDGMENT

This matter came on for hearing September 1, 2006 on the Motion for Summary Judgment filed by Michael Wynne, Secretary of the Air Force [13], and the Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file, arguments of counsel and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice against the Defendant. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 1th day of September, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE